*Co.*, 253 U. S. 330; *Pearson* v. *United States*, 267 U. S. 423; *Klebe* v. *United States*, 263 U. S. 188; (2) *Hijo* v. *United States*, 194 U. S. 315, 323. *Mr. John D. Miller*, with whom *Mr. George A. King* was on the brief, for appellant. *Mr. Gardiner P. Lloyd*, Special Assistant to the Attorney General, with whom *Solicitor General Mitchell* and *Assistant Attorney General Galloway* were on the brief, for the United States.

---

No. 66. CHIN WEY *v.* IRVING F. WIXON, ACTING COMMISSIONER OF IMMIGRATION. Appeal from the District Court of the United States for the District of Massachusetts. Argued December 9, 1926. Decided December 13, 1926. *Per Curiam.* Affirmed upon the authority of *United States* v. *Sing Tuck*, 194 U. S. 161; *United States* v. *Ju Toy*, 198 U. S. 253. *Mr. Warren Ozro Kyle* for appellant. *Solicitor General Mitchell*, with whom *Assistant to the Attorney General Donovan* and *Mr. Alfred A. Wheat* were on the brief, for appellee.

---

No. —, original. EX PARTE IN THE MATTER OF EDWIN C. JAMESON, LEROY W. BALDWIN, LOUIS V. BRIGHT, JOSEPH S. FRELINGUYSEN, AND THOMAS READ. January 3, 1927. The motion for leave to file petition for a writ of mandamus herein is denied. *Mr. Nathan L. Miller*, with whom *Messrs. Weymouth Kirkland, Robert K. Prentice, John Dickey, Jr., Gerard C. Henderson,* and *Robert N. Golding* were on the brief, for petitioner.

---

No. —, original. EX PARTE IN THE MATTER OF CITY OF NEW YORK, TRANSIT COMMISSION, AND JOHN F. GILCHRIST ET AL., ETC. January 3, 1927. The motion for leave to file petition for writs of mandamus and/or pro-